UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. _____

Paul Hansmeier,

        Plaintiff,

v.

David MacLaughlin; Benjamin Langer; Erica MacDonald; and Looker's Gentlemen's Club, LLC,

        Defendants.

**NOTICE OF REMOVAL OF A CIVIL ACTION TO FEDERAL COURT**

Federal Defendants David MacLaughlin, Benjamin Langer, and Erica MacDonald, by and through its attorneys Erica H. MacDonald, the United States Attorney for the State and District of Minnesota, and Roylene A. Champeaux, Assistant United States Attorney, hereby give notice to the Plaintiff Paul Hansmeier and to the state court as follows:

    1.    David MacLaughlin, Benjamin Langer, and Erica MacDonald are the Federal Defendants in a civil action now pending in the Fourth Judicial District, Hennepin County District Court, entitled <u>Paul Hansmeier v. David MacLaughlin, et al.</u>, and trial has not been had therein.

2. That the above-entitled action was commenced against the Defendants via delivery of a copy of the Summons and Complaint on the U.S. Attorney's Office in Minneapolis, Minnesota on September 25, 2020. Copies of all process and pleadings (Summons and Complaint) received by the Defendants are attached hereto and incorporated herein as Exhibit 1.

3. This notice of removal is filed pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and 1446. Said action to determination that Defendants, acting in their official capacity and under the color of federal law, violated the Plaintiff's rights under the United States Constitution.

WHEREFORE, notice is hereby given that the said action is removed from the state court into this court for trial or such other determination as this court may make regarding the action in accordance with its jurisdictional limits under 28 U.S.C. §§ 1441, 1442 and 1446 and Fed. R. Civ. P. 81(c).

Respectfully submitted,

Date: October 13, 2020

ERICA H. MacDONALD
United States Attorney

*s/ Roylene A. Champeaux*

BY: ROYLENE A. CHAMPEAUX
Assistant United States Attorney
Attorney ID Number 154805
Email: Roylene.Champeaux@usdoj.gov
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5685

Attorneys for the Defendant
United States of America

Roylene A. Champeaux, declares under penalty of perjury as provided by 28 U.S.C. §1746, that she is an Assistant United States Attorney for the District of Minnesota and represents the Defendants named herein; that she has read the foregoing notice and knows the contents thereof; that the same is true of her own knowledge, except as to any matters stated therein on information and belief and as to those matters she believes them to be true.

*s/ Roylene A. Champeaux*
ROYLENE A. CHAMPEAUX
Assistant U.S. Attorney