RECEIVED BY MAIL
OCT 21 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Clerk of Court
U.S. District Court for the District of Minnesota
300 South Fourth Street
Minneapolis, MN 55415

Re: Hansmeier v. MacLaughlin, et al, Nos. 20-cv-2155 & 20-cv-2156 (D. Minn), Request of for issuance of summons

Dear Clerk:

I am the plaintiff in the above-referenced matters. I write to request issuance of summons with respect to Lookers Gentlemen's Club LLC. On September 25, 2020, the Federal Defendants were served with summons and complaint in two separate matters. The Notice of Removal I received from the Federal Defendants — which was file-stamped 0:20-cv-2156 — contained the summons and complaint from one of the matters and the complaint from the second matter (without the caption sheet or summons from the second matter). I did not receive Notice of Removal paperwork from the 20-cv-2155 matter. Based on the foregoing my best guess is that Lookers Gentlemen's Club LLC is a defendant in the 20-cv-2155 matter, but out of an abundance of caution I address this letter to both the 20-cv-2155 and 2156 matters.

October 17, 2020

Paul Hansmeier
20953-041 Unit K3
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072

SCANNED
OCT 21 2020
U.S. DISTRICT COURT MPLS