

**U.S. Department of Justice**

United States Attorney
District of Minnesota

*600 United States Courthouse*   Telephone: *(612) 664-5600*
*300 South Fourth Street*   Fax: *(612) 664-5787*
*Minneapolis, MN  55415*

November 25, 2020

**VIA ECF**

The Honorable John R. Tunheim
District Court Judge, United States District Court
300 South Fourth Street
Minneapolis, MN 55415

    Re:    *Paul Hansmeier v. David MacLaughlin, Benjamin Langer, Erica MacDonald, Looker's Gentlemen's Club, LLC,*
Civil No. 20-CV-2155 (JRT/LIB)

Dear Chief Judge Tunheim:

    This letter, filed with permission from chambers, is to bring to the Court's attention a later-filed case currently pending before Judge Nelson and Magistrate Judge Brisbois, *Hansmeier v. MacLaughlin, et al.*, Civil No. 20-cv-2156 (SRN/LIB). That case was brought by the same Plaintiff as in the above-captioned matter currently pending before this Court, and it involves claims factually and legally related to those presented in the instant case. The U.S. Attorney's Office filed a Motion to Consolidate Cases in *Hansmeier v. MacLaughlin, et al.*, Civil No. 20-cv-2156 (SRN/LIB), as well as the enclosed memorandum in support thereof, requesting that Judge Nelson consolidate that matter with the prior-filed case, such that both matters would proceed before this Court.

November 25, 2020
Page 2

      The undersigned attorney hopes this information is helpful and thanks the Court for its attention to this matter.

Sincerely,

ERICA H. MacDONALD
United States Attorney

*s/ Kristen E. Rau*

KRISTEN E. RAU
Assistant U.S. Attorney
Attorney ID No. 0397907
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Kristen.Rau@usdoj.gov
(612) 759-3180

Cc:
Paul Hansmeier (via first-class mail)

Encl.
Memorandum in Support of Motion to Consolidate Cases