UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 20-cv-02155 (JRT/LIB)

PAUL HANSMEIER,

        Plaintiff,                         **CERTIFICATE OF SERVICE**

  v.

DAVID MACLAUGHLIN, BENJAMIN
LANGER, ERICA MACDONALD; and
LOOKER'S GENTLEMEN'S CLUB LLC,

        Defendants.

I hereby certify that on November 25, 2020, I caused the following documents:

**LETTER TO DISTRICT COURT; MEMORANDUM IN SUPPORT; AND CERTIFICATE OF SERVICE**

to be filed electronically with the Clerk of Court through ECF, and I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following non-ECF participant:
Addressees:

Paul Hansmeier
20953-041 Unit K3
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072

                                      *s/ Kristen E. Rau*
                                      KRISTEN E. RAU
                                      Assistant U.S. Attorney