UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 20-CV-2155 (JRT/LIB)
Civil No. 20-CV-2156 (JRT/LIB)

IN RE: HANSMEIER V. MCLAUGHLIN, ET AL., LITIGATION

PAUL HANSMEIER,

    Plaintiff,

DAVID MACLAUGHLIN, BENJAMIN LANGER, ERICA MACDONALD; and LOOKER'S GENTLEMEN'S CLUB, LLC,

    Defendants.

**CONSOLIDATED MOTION TO DISMISS AMENDED COMPLAINTS**

*AND*

PAUL HANSMEIER,

    Plaintiff,

DAVID MACLAUGHLIN, BENJAMIN LANGER, ERICA MACDONALD; and JOHN DOE,

    Defendants.

The Defendants David MacLaughlin and Erica MacDonald ("Federal Defendants"), hereby move the court to dismiss the amended complaints pursuant to Fed.R.Civ.P. 4(m), 12(b)(1), 12(b)(2), and 12(b)(6).

This motion is based on the above-cited statutes and memorandum of law.

Dated: January 29, 2021

ERICA H. MacDONALD
United States Attorney

*s/ Kristen E. Rau*

BY:  KRISTEN E. RAU
Assistant U.S. Attorney
Attorney ID No.   0397907
600 U.S. Courthouse

                                                    300 South Fourth Street  
                                                    Minneapolis, MN 55415  
                                                    <u>Kristen.Rau@usdoj.gov</u>  
                                                    (612) 759-3180