RECEIVED BY MAIL
FEB 1 6 2021
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 20-cv-2155 (JRT/LIB)
Civil No. 20-cv-2156 (JRT/LIB)

IN RE: HANSMEIER V. MACLAUGHLIN, ET AL., LITIGATION

PAUL HANSMEIER,

    Plaintiff,

DAVID MACLAUGHLIN, BENJAMIN LANGER, ERICA MACDONALD; and LOOKER'S GENTLEMEN'S CLUB, LLC,

    Defendants

REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST BENJAMIN LANGER

AND

PAUL HANSMEIER,

    Plaintiff,

DAVID MACLAUGHLIN, BENJAMIN LANGER, ERICA MACDONALD; and JOHN DOE,

    Defendants.


SCANNED
FEB 1 6 2021
U.S. DISTRICT COURT MPLS

1. Plaintiff Paul Hansmeier ("Hansmeier") respectfully requests that the Clerk of Court enter default against Defendant Benjamin Langer.

2. This request for entry of default applies to both of the cases in this consolidated action, i.e., <u>Hansmeier v. MacLaughlin, et al.</u>, 20-cv-2155 (D. Minn.) and <u>Hansmeier v. MacLaughlin, et al.</u>, 20-cv-2156 (D. Minn.).

3. Hansmeier's amended complaints were served on Benjamin Langer via the Clerk of Court's Notice of Electronic Filing on January 7, 2021.

4. The Clerk of Court's Notice of Electronic Filing was served on Benjamin Langer's attorney of record, Kristen Rau, thus completing service on Langer.

5. Federal Rule of Civil Procedure 5 provides that Benjamin Langer had fourteen days to answer or otherwise respond to Hansmeier's amended complaints.

6. Benjamin Langer has not answered or otherwise responded to Hansmeier's amended complaints. The Consolidated Motion to Dismiss which was filed by Kristen Rau was filed on behalf of David MacLaughlin and Erica MacDonald, but not Benjamin Langer.

February 10, 2021.

Paul Hansmeier
20953-041 Unit K3
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072

SCANNED
FEB 16 2021
U.S. DISTRICT COURT MPLS