UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 20-CV-2155 (JRT/LIB)
Civil No. 20-CV-2156 (JRT/LIB)
Civil No. 20-CV-748 (JRT/LIB)

IN RE: HANSMEIER V. MCLAUGHLIN, ET AL., LITIGATION

PAUL HANSMEIER,

        Plaintiff,

v.

DAVID MACLAUGHLIN, BENJAMIN LANGNER, ANDERS FOLK; and LOOKER'S GENTLEMEN'S CLUB, LLC,

        Defendants.

**FEDERAL DEFENDANTS' MOTION FOR FILING RESTRICTION**

*AND*

PAUL HANSMEIER,

        Plaintiff,

v.

DAVID MACLAUGHLIN, BENJAMIN LANGNER, ANDERS FOLK; and JOHN DOE,

        Defendants.

*AND*

PAUL HANSMEIER,

        Plaintiff,

v.

DAVID MACLAUGHLIN, BENJAMIN LANGNER, ANDERS FOLK; and DI MA CORPORATION,

        Defendants.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 21-CV-1167 (JRT/LIB)

PAUL HANSMEIER,

        Plaintiff,

  v.

DAVID MACLAUGHLIN, BENJAMIN LANGNER, ANDERS FOLK; and PORTLAND CORPORATE CENTER, LLC,

        Defendants.

**FEDERAL DEFENDANTS' MOTION FOR FILING RESTRICTION**

---

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 21-CV-1426 (___/___)

PAUL HANSMEIER,

        Plaintiff,

  v.

DAVID MACLAUGHLIN, BENJAMIN LANGNER, ANDERS FOLK; and ASHTON PANKONIN,

        Defendants.

**FEDERAL DEFENDANTS' MOTION FOR FILING RESTRICTION**

3

Defendants David MacLaughlin, Benjamin Langner, and W. Anders Folk ("Federal Defendants"), sued in their official capacities, by and through the undersigned counsel, hereby move this Court for a filing restriction on Paul Hansmeier, the *pro se* plaintiff in the above-captioned matters, for the reasons set forth in the accompanying memorandum of law, Doc. 78.

Dated:   June 17, 2021                            W. ANDERS FOLK
                                                  Acting United States Attorney

                                                  *s/ Kristen E. Rau*

                                                  BY:   KRISTEN E. RAU
                                                  Assistant U.S. Attorney
                                                  Attorney ID No.   0397907
                                                  600 U.S. Courthouse, 300 S. Fourth St.
                                                  Minneapolis, MN 55415
                                                  Kristen.Rau@usdoj.gov, (612) 759-3180