UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 20-CV-2155 (JRT/LIB)
Civil No. 20-CV-2156 (JRT/LIB)
Civil No. 20-CV-748 (JRT/LIB)

IN RE: HANSMEIER V. MCLAUGHLIN, ET AL., LITIGATION

PAUL HANSMEIER,

        Plaintiff,

  v.

DAVID MACLAUGHLIN, BENJAMIN
LANGNER, ANDERS FOLK; and
LOOKER'S GENTLEMEN'S CLUB, LLC,

        Defendants.

*AND*

PAUL HANSMEIER,

        Plaintiff,

  v.

DAVID MACLAUGHLIN, BENJAMIN
LANGNER, ANDERS FOLK; and
JOHN DOE,

        Defendants.

*AND*

PAUL HANSMEIER,

        Plaintiff,

  v.

DAVID MACLAUGHLIN, BENJAMIN
LANGNER, ANDERS FOLK; and
DI MA CORPORATION,

        Defendants.

1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 21-CV-1167 (JRT/LIB)

PAUL HANSMEIER,

                Plaintiff,

   v.

DAVID MACLAUGHLIN, BENJAMIN
LANGNER, ANDERS FOLK; and
PORTLAND CORPORATE CENTER, LLC,

                Defendants.

---

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 21-CV-1426 (___/___)

PAUL HANSMEIER,

                Plaintiff,

   v.

DAVID MACLAUGHLIN, BENJAMIN
LANGNER, ANDERS FOLK; and
ASHTON PANKONIN,

                Defendants.

## SECOND DECLARATION OF AUSA KRISTEN E. RAU

I, AUSA Kristen E. Rau, do hereby declare and state as follows:

1. Counsel for Portland Corporate Center LLC forwarded me the attached letter it received from Hansmeier addressed to me dated May 14, 2021. While I did not

2

independently receive this letter from Hansmeier, it appears to be authentic. Exhibit 1, Ltr. from Hansmeier to Rau (dated May 14, 2021).

2. I have spoken by telephone with several members of the public, company representatives, and/or counsel associated with individuals and companies, who have received unfiled state court complaints initiated by Hansmeier that appear to sue such parties as well as the Federal Defendants. At this time, I am aware of approximately 31 suits beyond those that have been removed to federal court. These private citizens and company representatives (or their counsel) have described to me their significant confusion and distress upon receiving Hansmeier's complaints.

I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted,

Dated: June 17, 2021

*s/ Kristen E. Rau*
BY: KRISTEN E. RAU
Assistant U.S. Attorney
Attorney ID No. 0397907
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Kristen.Rau@usdoj.gov
(612) 759-3180