RECEIVED BY MAIL
JUL 09 2021
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
JUL 09 2021
U.S. DISTRICT COURT MPLS

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Paul Hansmeier, | Case Nos. 20-cv-2155 |
| Plaintiff, | 20-cv-2156 |
| | 21-cv-748 |
| v. | 21-cv-1167 |
| | 21-cv-1426 |
| David MacLaughlin et al, | |
| | PLAINTIFF PAUL HANSMEIER'S |
| Defendants | MOTION TO STRIKE |

Plaintiff Paul Hansmeier respectfully moves the Court to strike the Second Declaration of Kristen E. Rau, the exhibit attached thereto and references to the exhibit contained in the memorandum in support of the motion for a filing restriction filed by Defendants David MacLaughlin, Benjamin Langer and Anders Folk (the "Federal Defendants"). In support of this motion, Hansmeier states as follows:

1. The Court is empowered to strike documents in whole or in part pursuant to the Federal Rules of Civil Procedure and its inherent authority to manage its docket and maintain the integrity of judicial proceedings.

2. The Federal Defendants have moved the Court to impose a filing injunction against Hansmeier. In support of the Federal Defendants' motion, counsel for the Federal Defendants submitted the Second Declaration of Kristen E. Rau; attached to that declaration is a document with the subject line, "Response to letter dated May 6, 2021 [Docket 10] Hansmeier v. MacLaughlin, 21-cv-1167 (PJS/LIB)."

3. The Second Declaration of Kristen E. Rau contains a statement expressing counsel's view that the letter attached as an exhibit appears to be authentic. Yet, the document is not authentic, and Rau/counsel for the government cannot plausibly express confusion over this point.

4. The Court may take judicial notice of document 13 in 21-cv-1167, which contains Hansmeier's actual response to the letter Hansmeier received from counsel for the Federal Defendants. The genuine response is different from the inauthentic response attached as an exhibit to counsel's declaration.

5. The document attached to counsel's declaration is or at least appears to be a discarded draft of the letter Hansmeier prepared in response to a letter he received from counsel.

6. The Court should grant Hansmeier's motion. The document attached to the Second Declaration of Kristen E. Rau is inauthentic and does not accurately reflect Hansmeier's view of the matters discussed therein.* The accurate statement of Hansmeier's views is contained in the letter that is part of the record in 21-cv-1167. Granting Hansmeier's motion will help preserve the integrity of judicial proceedings. Counsel for the Federal Defendants should not present an inauthentic document as authentic.

June 30, 2021

Paul Hansmeier
20953-041 Unit K3
P.O. Box 1000
Sandstone, MN 55072

*Nor was the document mailed by Hansmeier to Rau.