**RECEIVED BY MAIL**
**AUG 09 2021**
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

VIA ECF

Paul R. Hansmeier
20953-041 Unit K3
Federal Correctional Inst.
P.O. Box 1000
Sandstone, MN 55072

The Honorable John R. Tunheim
Chief District Court Judge, United States District Court
300 South Fourth Street
Minneapolis, MN 55415

Re: 20-cv-2155; 21-cv-1426; 21-cv-1537; 21-cv-1538;
21-cv-1539; 21-cv-1540; 21-cv-1542; 21-cv-1543;
21-cv-1547; 21-cv-1550; 21-cv-1551; 21-cv-1552

Dear Chief Judge Tunheim:

I write in response to the Federal Defendants' letter dated July 29, 2021. The Federal Defendants' letter is premised on their assumption that motions to remand are not related to the issue of subject matter jurisdiction. That assumption, of course, is incorrect. See, e.g., Arnold Crossroads, L.L.C. v. Gander Mountain Co., 751 F.3d 935, 940 (8th Cir. 2014); Knudson v. Sys. Painters, Inc., 634 F.3d 968, 975 (8th Cir. 2011); and Cent. Iowa Power Coop v. Midwest Indep. Transmission Sys., 561 F.3d 904, 912 (8th Cir. 2009).

The Federal Defendants' error of law regarding remand motions renders their letter misleading, false and ultimately pointless. I ask that the Court either disregard the letter or direct the Federal Defendants to Local Rule 7.1.

SCANNED
AUG 09 2021
U.S. DISTRICT COURT MPLS

Paul Hansmeier