VIA ECF

**RECEIVED BY MAIL**

AUG 09 2021

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS-MINNESOTA

The Honorable Leo I. Brisbois
United States Magistrate Judge
300 South Fourth Street
Minneapolis, MN 55415

Re: 20-cv-2155; 20-cv-2156; 21-cv-748; 21-cv-1426
21-cv-1537; 21-cv-1538; 21-cv-1539; 21-cv-1540;
21-cv-1542; 21-cv-1543; 21-cv-1547; 21-cv-1550;
21-cv-1551; 21-cv-1552; 21-cv-1553

Dear Magistrate Judge Brisbois:

I write to request leave to file a motion for sanctions to address litigation misconduct on the Government's part. In response to this litigation, the Department of Justice has placed me in administrative detention based on their disapproval of this litigation. It is not legitimate for litigants to falsely imprison one another, obstruct their mail, destroy each other's legal files, cut off their communications, threaten to unlawfully transport each other cross-country, violate each other's Constitutional rights and cut off attorney access. I have written to counsel for the Government in an effort to address this issue without Court intervention, but I am not optimistic.

Respectfully submitted,

August 3, 2021

SCANNED
AUG 09 2021
U.S. DISTRICT COURT MPLS

Paul Hansmeier
20953-041 Unit K3
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072