# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Paul Hansmeier, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 20-cv-2155-JRT-LIB |
| David MacLaughlin, Erica MacDonald, Looker's Gentlemen's Club, LLC, Anders Folk, Di Ma Corporation, John Doe, | |
| Defendants. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

This action is **DISMISSED without prejudice**.

Date: 8/17/2021                                                          KATE M. FOGARTY, CLERK